Arthur W. Fleishman, CA Bar No. 222886
awf@mdd-law.com
McClosky, D'Anna & Dieterle, LLP
2300 Glades Road
Suite 400, East Tower
Boca Raton, FL 33431
Telephone: (561) 368 – 9200
Facsimile:   (561) 395 - 7050

Attorneys for Defendants,
IMARKETING CONSULTANTS, INC., *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br>IMARKETING CONSULTANTS, INC., dba ULTRA-MX.COM, also dba SPEED NETWORK, also dba SPEED-MX.COM, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No.: C 07-05357 CW<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the law firm of McClosky, D'Anna & Dieterle, LLP, 2300 Glades Road, Suite 400, East Tower, Boca Raton, Florida 33431, hereby files its appearance as the attorneys for and on behalf of IMARKETING CONSULTANTS, INC., in the above-entitled matter.

Dated: November 30, 2007

                                          //s/ Arthur W. Fleishman_____
                                          Arthur W. Fleishman, Esquire
                                          CA Bar No.: 222886
                                          McClosky, D'Anna & Dieterle, LLP
                                          2300 Glades Road, Suite 400 East
                                          Boca Raton, FL 33431
                                          (561) 368-9200 (telephone)
                                          (561) 395-7050 (facsimile)
                                          Attorneys for Defendants,
                                          IMARKETING CONSULTANTS, INC.
                                          .

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 30, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorize to receive electronically Notices of Electronic Filing.

        //s/ Arthur W. Fleishman
        Arthur W. Fleishman, Esquire
         CA Bar No. 222886