Arthur W. Fleishman, CA Bar No. 222886
awf@mdd-law.com
McClosky, D'Anna & Dieterle, LLP
2300 Glades Road
Suite 400, East Tower
Boca Raton, FL 33431

Attorneys for Defendants,
IMARKETING CONSULTANTS, INC., *et al.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br>Plaintiff,<br>vs.<br>IMARKETING CONSULTANTS, INC., dba ULTRA-MX.COM, also dba SPEED NETWORK, also dba SPEED-MX.COM, and DOES ONE through FIFTY, inclusive,<br>Defendant | Case No.: No. C 07-05357 CW<br><br>**AFFIDAVIT OF ROBERT CLOUSE** |

STATE OF FLORIDA           )
                           ) SS:
COUNTY OF PALM BEACH       )

BEFORE ME this day, personally appeared Robert Clouse, who being duly sworn deposes and states:

1. I am over the age of eighteen years.

2. I am the CEO of Imarketing Consultant, Inc. ("Imarketing") and acted as CEO during the period relevant to the allegations made in the Complaint filed in the above-styled action.

4. This affidavit is being submitted in support of Defendants' Motion to Dismiss and Motion to Transfer Venue to Southern District of Florida.

5. If called upon to testify in this matter, I would testify based on my personal knowledge as to the facts contained in this Affidavit.

6. Imarketing is a Florida corporation with its principal place of business is in Palm Beach County, Florida 33445, which is in the Southern District of Florida.

7. Imarketing is not doing business in California, has no employees or customers in California, does not advertise in California, owns no property in California, does not have an address or phone listing in California, and is not sending emails to anyone in California.

8. Imarketing's services have always been performed in Palm Beach County, Florida. Imarketing's past and current employees, who would have knowledge relevant to the above styled lawsuit are located in Florida and within the area covered by the Southern District of Florida. Imarketing's business records, information, and documentation related to the claims in dispute are located in Florida.

9. Imarketing has established and implemented, with due care, reasonable practices and procedures to effectively prevent violations of the CAN-SPAM Act. Any violation of the CAN-SPAM Act alleged in the Complaint, even if proven to be by Imarketing, occurred despite commercially reasonable efforts to maintain compliance with such practices and procedures.

FURTHER AFFIANT SAYETH NAUGHT.

*Robert Clouse*
Robert Clouse

BEFORE ME, the undersigned authority, this day personally appeared Robert Clouse, who, after being first duly sworn, deposes and states that he is the person who

1 | acknowledged and swore before me that said Affidavit was truthful and complete to the best of
2 | his knowledge and ability.
3 |    WITNESS my hand and seal in the County and State last aforesaid this 21 day
4 | of December, 2007.

*Linda S. Dickison* (Notary Signature)

NOTARY PUBLIC-STATE OF FLORIDA
Linda S. Dickison
Commission #DD667574
Expires: JUNE 15, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

Printed Name: Linda S. Dickison

My Commission Expires:
✓ Personally Known to Me
___ Produced Identification
___ Type of Identification Produced: _____

Affidavit of Robert Clause - 3