UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES, a California corporation,

          Plaintiff(s),

      v.

IMARKETING CONSULTANTS, INC., et al.,

          Defendant(s).

CASE NO. 07-5357 CW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process
✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference January 22, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Arthur W. Fleishman | Defendant, IMarketing Consultants, Inc., | (561) 368-9200 | awf@mdd-law.com |
| Jason K. Singleton | Plaintiff, ASIS Internet Services | (707) 441-1177 | jason@singletonlawgroup.com |
| Richard E. Grabowski | Plaintiff, ASIS Internet Services | (707) 441-1177 | rgrabowski@mckinleyville.net |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 1/8/2008

/s/ Jason K. Singleton
Attorney for Plaintiff

Dated: 1/8/2008

Attorney for Defendant

Rev 12.05