1 Arthur W. Fleishman, CA Bar No. 222886
awf@mdd-law.com
2 McClosky, D'Anna & Dieterle, LLP
2300 Glades Road
3 Suite 400, East Tower
Boca Raton, FL 33431
4 Telephone: (561) 368 – 9200
Facsimile:   (561) 395 - 7050
5
Attorneys for Defendants,
6 IMARKETING CONSULTANTS, INC., *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>IMARKETING CONSULTANTS, INC., dba ULTRA-MX.COM, also dba SPEED NETWORK, also dba SPEED-MX.COM, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No.: C 07-05357 CW<br><br>NOTICE OF HEARING ON DEFENDANT'S MOTION TO DISMISS COMPLAINT OR TRANSFER TO THE SOUTHERN DISTRICT OF FLORIDA. |

TO PLAINTIFF'S ASIS INTERNET SERVICES, A CALIFORNIA CORPORATION, AND TO ITS ATTORNEY OF RECORD:

      PLEASE TAKE NOTICE that a hearing has been scheduled for Thursday, February 21, 2008 at 2:00 p.m., before the Honorable Claudia Wilken, District Judge, at the United States Courthouse, 1301 Clay Street, Oakland, California, Courtroom No. 2, for consideration of Defendant, IMarketing Consultants, Inc's Motion to Dismiss Complaint or Transfer to the Southern District of Florida, which was previously filed with this Court on December 21, 2007.  A copy of Defendant, IMarketing Consultants, Inc.'s Motion to Dismiss Complaint or Transfer to the Southern District of Florida and Memorandum of Points and Authority in Support Thereof has been attached hereto as "Exhibit A."

Please be advised that Counsel for both parties have met and conferred to confirm their availability to attend a hearing held at this time.

Dated: January 15, 2008

                                      //s/ Arthur W. Fleishman
                                      Arthur W. Fleishman, Esquire
                                      CA Bar No.: 222886
                                      McClosky, D'Anna & Dieterle, LLP
                                      2300 Glades Road, Suite 400 East
                                      Boca Raton, FL 33431
                                      (561) 368-9200 (telephone)
                                      (561) 395-7050 (facsimile)
                                      Attorneys for Defendants,
                                      IMARKETING CONSULTANTS, INC.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 15, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorize to receive electronically Notices of Electronic Filing.

                                      //s/ Arthur W. Fleishman
                                      Arthur W. Fleishman, Esquire
                                       CA Bar No. 222886

# SERVICE LIST

ASIS INTERNET SERVICES, a California Corporation, vs. IMARKETING CONSULTANTS, INC., dba ULTRA-MX.COM, also dba SPEED NETWORK, also dba SPEED-MX.com, and DOES ONE through FIFTY, inclusive.
Case No.: C 07-05357 CW
United States District Court, Northern District of California

**Counsel for Plaintiff:**

Jason K. Singleton, Esquire
lawgroup@sbcglobal.net
Richard E. Grabowski, Esquire
rgrabowski@pacbell.net
Singleton Law Group
611 "L" Street, Suite A
Eureka, CA 95501
Telephone: (707) 441 – 1177
Facsimile: (707) 441 – 1533
*Served by CM/ECF*