1  Arthur W. Fleishman, CA Bar No. 222886
   awf@mdd-law.com
2  McClosky, D'Anna & Dieterle, LLP
   2300 Glades Road
3  Suite 400, East Tower
   Boca Raton, FL 33431
4
   Attorneys for Defendants,
5  IMARKETING CONSULTANTS, INC., *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ASIS INTERNET SERVICES, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>IMARKETING CONSULTANTS, INC., dba ULTRA-MX.COM, also dba SPEED NETWORK, also dba SPEED-MX.COM, and DOES ONE through FIFTY, inclusive,<br><br>　　　　　Defendant | Case No.: No. C 07-05357 CW<br><br>DEFENDANT, IMARKETING CONSULTANTS, INC'S MOTION TO ALLOW ITS COUNSEL TO APPEAR FOR HEARINGS TELEPHONCALLY |
|---|---|

Defendant IMarketing Consultants, Inc., ("IMarketing"), by and through its undersigned counsel, hereby respectfully requests this Court to allow undersigned counsel to appear at upcoming hearings via telephone and states:

　　　　1.　　Undersigned counsel for Defendant maintains his office in Boca Raton, Palm Beach County, Florida, which is more than 3064 miles away from the location of the hearing in Oakland, California. Furthermore, IMarketing's principal place of business is in Palm Beach County, Florida.

　　　　2.　　The Court has scheduled the Case Management Conference to occur on Tuesday, January 29, 2008.

Defendant's Motion to Appear Telephonically - 1

3. In addition, Defendant's Motion to Dismiss Complaint or Transfer to the Southern District of Florida has been noticed to occur on Thursday, February 21, 2008.

4. It would be an undue burden for Defendant's counsel to have to travel to Oakland, California, for these hearings.

5. The motion and scheduling conference are procedural in nature and Plaintiff will not be prejudiced by this motion.

WHEREFORE, Defendant, IMarketing Consultants, Inc., respectfully requests this Court grant its motion and allow undersigned counsel to appear telephonically for the Case Management Conference on Tuesday, January 29, 2008 and the hearing on Defendant's Motion to Dismiss Complaint or Transfer to the Southern District of Florida on Thursday, February 21, 2008, and for any and such other relief as this Court deems just and proper.

Dated: January 15, 2008

                                                              //s/ Arthur W. Fleishman
                                                              Arthur W. Fleishman, Esquire
                                                              CA Bar No.: 222886
                                                              McClosky, D'Anna & Dieterle, LLP
                                                              2300 Glades Road, Suite 400 East
                                                              Boca Raton, FL 33431
                                                             (561) 368-9200 (telephone)
                                                             (561) 395-7050 (facsimile)
                                                             Attorneys for Defendants,
                                                             IMARKETING CONSULTANTS, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 15, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorize to receive electronically Notices of Electronic Filing.

                                                //s/ Arthur W. Fleishman
                                                Arthur W. Fleishman, Esquire
                                                 CA Bar No. 222886

## SERVICE LIST

ASIS INTERNET SERVICES, a California Corporation, vs. IMARKETING CONSULTANTS, INC., dba ULTRA-MX.COM, also dba SPEED NETWORK, also dba SPEED-MX.com, and DOES ONE through FIFTY, inclusive.
Case No.: C 07-05357 CW
United States District Court, Northern District of California

**Counsel for Plaintiff:**

Jason K. Singleton, Esquire
lawgroup@sbcglobal.net
Richard E. Grabowski, Esquire
rgrabowski@pacbell.net
Singleton Law Group
611 "L" Street, Suite A
Eureka, CA 95501
Telephone: (707) 441 – 1177
Facsimile: (707) 441 – 1533
*Served by CM/ECF*