IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES,<br><br>    Plaintiff,<br><br>  v.<br><br>IMARKETING COSULTANTS INC.,<br><br>    Defendant.<br>_____/ | No. C 07-05357 CW<br><br><u>ORDER TAKING MOTION</u><br><u>UNDER SUBMISSION</u> |

    Notice is hereby given that the Court, on its own motion, shall take Defendant IMarketing Consultants, Inc.'s Motion to Dismiss Complaint or Transfer to the Southern District of Florida under submission on the papers and no hearing will be held unless so ordered by the Court.  The hearing previously scheduled for February 21, 2008, is vacated.  Opposition to the motion will be due January 31, 2008, and any reply will be due February 7, 2008.  Defendant's Motion to Allow Its Counsel to Appear For Hearing Telephonically is denied without prejudice to resubmitting if a hearing is set.  The Case Management Conference, currently set for January 29, 2008, is vacated and will be reset, if necessary.

    IT IS SO ORDERED.

Dated: 1/22/08

                                              CLAUDIA WILKEN<br>                                              United States District Judge