1

2

**Jason K. Singleton, State Bar #166170**
jason@singletonlawgroup.com
**Richard E. Grabowski, State Bar #236207**
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

3

4

5

6

**Attorneys for Plaintiff, ASIS INTERNET SERVICES**

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

11

12

13

14

15

16

17

| | |
|---|---|
| **ASIS INTERNET SERVICES, a California corporation,**<br><br>        **Plaintiff,**<br>**vs.**<br><br>**IMARKETING CONSULTANTS, INC., dba ULTRA-MX.COM, also dba SPEED NETWORK, also dba SPEED-MX.COM, and DOES ONE through FIFTY, inclusive,**<br><br>        **Defendants.** | **Case No.  C-07-5357 CW**<br><br>**DECLARATION OF JOEL HOUSEHOLTER IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS OR TRANSFER TO SOUTHERN DISTRICT OF FLORIDA** |

18

        I, JOEL HOUSEHOLTER, declare as follows:

19

20

        1.      I am an internet service provider as the owner of foggy.net located in Humboldt County, California.

21

22

23

        2.      Accounts belonging to foggy.net have received emails from Speed Network indicating an physical postal opt-out address of 1300 NW 17th Avenue, Ste 218, Delray Beach, FL 33445.  Attached as Exhibit A are a true and correct copy of those emails.

24

25

        I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

26

27

Dated:        January 9, 2008          /s/ Joel Householter
                                                      Joel Householter

28