From: "Mall Vision" <MallVision@mx03.ultra-mx.com>
Subject: **[QUAR] Advertise in YOUR LOCAL MALL! One Month FREE!**
Date: September 7, 2007 12:23:30 PM PDT
To: ▓▓▓▓▓▓@foggy.net>
Reply-To: "Mall Vision" <MallVision@mx03.ultra-mx.com>

# MALL VISION...*RIGHT WHERE YOU WANT TO BE!*

- **Mall Vision is a *POWERFUL* Multimedia Marketing System featuring your advertising!**
  **Customize your advertising to fit your budget while maximizing your exposure.**

- **Mall Vision puts you where the buying excitement is –** *in the MALLS, where shoppers are ready to buy!* **This revolutionary marketing concept will deliver your message to your customers hour after hour, 7 days a week!**

# *For more information contact your Mall Vision *Location Specialist**

- Website Link: www.mymallvision.com
- Email: mallvision@comcast.net
- Phone: (206) 669-6348 or (800) 617-9407

## *Expect More with Mall Vision!*

*We would like to thank all of our members for their continued support and dedication in being part of The Speed Network .*
*If you feel this message was sent in error or would like to unsubscribe, please Click Here*
*Postal remove: 1300 NW 17th Avenue Ste 218 Delray Beach FL 33445*