From: "ccdinnermeetings" <ccdinnermeetings@mx01.ultra-mx.com>
Subject: **[QUAR] Chronic Constipation CME Dinner Meeting- August 30, 2007- Mortons, Vienna, VA**
Date: August 30, 2007 3:10:21 PM PDT
To: ███████@foggy.net>
Reply-To: "ccdinnermeetings" <ccdinnermeetings@mx01.ultra-mx.com>

**You are INVITED to a FREE CME/CPE/CE Dinner Meeting for
MDs, NPs, PAs, pharmacists and nurses**

**Learn about how the recent changes in chronic constipation
treatment availability impacts your patients and practice.
What are your options now?**

**The Right to Be Regular:** Updates in the Treatment of Chronic Constipation

| | |
|---|---|
| **Date:** | Thursday, August 30, 2007 |
| **Time:** | 6:30 PM |
| **Speaker:** | David Peura, MD |
| **Location:** | Morton's The Steakhouse |
| | 8075 Leesburg Pike |
| | Vienna, VA |

**Review...**the updated guidelines on how to identify and manage your patients with chronic constipation
**Learn...** how effective current treatments are in relieving the symptoms of chronic constipation
**Develop...**a practical therapeutic plan for managing patients based on the recent changes in treatments for chronic constipation

Please join us for an interactive presentation and discussion with your colleagues on this major hot topic that impacts many of your patients. Please feel free to also invite other physicians, NPs, PAs, pharmacists and nurses in your office.

Register online at www.constipationCME.com or call 1-877-843-3926 (reference code EML) to reserve your space today or for further information.

**If you are unable to attend the dinner meeting, please consider our other constipation teleconference
The Chronic Constipation Conundrum: What Now in Chronic Constipation and IBS-C.
Register online at www.constipationCME.com or call 1-877-843-3926 (reference code EML)
There are many convenient dates and times available to fit your schedule!**

This activity is jointly sponsored by the Dannemiller Memorial Educational Foundation and The Customer Link. It is designed for and credit will be offered for gastroenterologists, primary care physicians, NPs, PAs, nurses, and pharmacists with a special interest in the treatment of chronic constipation. This activity is supported by an educational grant from Sucampo Pharmaceuticals, Inc. and Takeda Pharmaceuticals North America, Inc.

The Customer Link - 104 Towerview Ct - Cary, NC 27513-3595
