From: "Arkansas Virtual Academy" <ArkansasVirtualAcademy@mx01.ultra-mx.com>
Subject: **School starts Aug. 20 -- Make 2007 your child's best school year ever**
Date: August 3, 2007 12:33:45 AM PDT
To: <foggy.net>
Reply-To: "Arkansas Virtual Academy" <ArkansasVirtualAcademy@mx01.ultra-mx.com>







### What's in them?

**School starts August 20**—don't miss your chance to find out what your kids have in them!

Given the right start, all kids can stretch to their natural potential. K[12] and the Arkansas Virtual Academy (ARVA) **ignite minds to bring learning and possibility alive.**

ARVA and K[12] are helping hundreds of Arkansas students in kindergarten through eighth grade discover what they have in them, at their own pace, **tuition free** The flexible, individualized K[12] curriculum gets kids into learning so learning gets into them.

**School starts soon.**
**Enroll today!**

**Enroll today**    **Call us** at 866.339.4952    **Visit us online** at www.K12.com/arva

Copyright © 2007 Arkansas Virtual Academy and K12 Inc. All rights reserved. K¹² ®, as registered in the U.S. Patent and Trademark Office, and the K¹² Logo and Design, Unleash the xPotential and xPotential are trademarks and service marks of K12 Inc.

K¹², 2300 Corporate Park Drive Herndon, VA 20171

K¹² respects your right to privacy. You are receiving this email because you indicated an interest in K¹² products. To unsubscribe yourself from our email list at any time, simply reply to this email with the word UNSUBSCRIBE in the subject field.

!DSPAM:46b2cd08146892468734052!

This message was sent to you as an opt-in subscriber to The Speed Network or one of its affiliates.
We will continue to bring you valuable offers on the products and services that interest you most. If you wish to unsubscribe, please Click Here

Postal opt-out - 1300 NW 17th avenue Ste 218 Delray Beach FL 33445