**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, ASIS INTERNET SERVICES**

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES,<br><br>     Plaintiff,<br>v.<br><br>IMARKETING CONSULTANTS, INC., et al.,<br><br>     Defendants. | Case No. C-07-5357 CW<br><br>**NOTICE OF CHANGE OF ATTORNEY EMAIL ADDRESS** |

**TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that the attorneys for Plaintiff have changed their email addresses effective February 1, 2008. All other attorney information remains unchanged. The new email addresses are as follows:

    JASON K. SINGLETON       jason@singletonlawgroup.com

    RICHARD E. GRABOWSKI    rgrabowski@mckinleyville.net

**SINGLETON LAW GROUP**

Dated:     February 15, 2008         _____/s/ Jason K. Singleton_____
                                       Jason K. Singleton,
                                       Richard E. Grabowski, Attorneys for
                                       Plaintiff, **ASIS INTERNET SERVICES**