1   Jennifer K. Letulle, Esq. (Bar No. 226184)
    RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
2   A Professional Corporation
    1333 Broadway, Suite 600
3   Oakland, CA 94612
    Tel: (510) 465-3922 – Fax: (510) 452-3006
4

5   Attorneys for Defendant,
    IMARKETING CONSULTANTS, INC.
6

7

8            UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

9                            SAN FRANCISCO DIVISION

10

11  ASIS INTERNET SERVICES, a California        Case No.: C 07-05357 CW
    Corporation,

12                                              **SUBSTITUTION OF COUNSEL**
              Plaintiff,

13
    vs.
14

15  IMARKETING CONSULTANTS, INC., dba
    ULTRA-MX.COM, dba SPEED
16  NETWORK, dba SPEED-MX.COM and
    DOES 1-50, inclusive,

17
              Defendant.
18  _____/

19

20          TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF

21  RECORD HEREIN:

22          PLEASE TAKE NOTICE, that effective immediately, ARTHUR W. FLEISHMAN of the

23  law office of McClosky, D'Anna and Dieterle, LLP is no longer counsel of record for defendant

24  IMARKETING CONSULTANTS, INC. in this matter.  Substituted in his place is JENNIFER K.

25  LETULLE of Rankin, Sproat, Mires Beaty & Reynolds.  Her address is 1333 Broadway, Suite

26  600, Oakland, California 94612.  Her telephone number is (510) 465-3922 and fax number is

27  (510) 452-3006.

28

**Substitution of Counsel**                     1                      Case No. C 07-05357 CW

1           Please remove Mr. Fleishman from the e-filing and all other service lists and

2    change your records accordingly.

3    Dated: May 27, 2008                 MCCLOSKY, D'ANNA AND DIETERLE,

4                                       LLP

5

6                                       By: /s/ Arthur W. Fleishman

                                    ARTHUR W. FLEISHMAN

7                                        CA Bar No.: 222886       for

                                    McClosky, D'Anna & Dieterle, LLP.

8

9    Dated: May 27, 2008                 RANKIN, SPROAT, MIRES, BEATY &

10                                      REYNOLDS

11

12                                    By:

                                    JENNIFER K. LETULLE

13                                       Attorneys for Defendant,

                                    IMARKETING CONSULTANTS, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Substitution of Counsel**              2                     Case No. C 07-05357 CW

**PROOF OF SERVICE**

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within cause. My employment address is 1333 Broadway, Suite 600, Oakland, California 94612.

On May 27, 2008, I served copies of the attached document entitled:

**SUBSTITUTION OF COUNSEL** on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

**Counsel for Plaintiff:**
Jason K. Singleton, Esq.
Richard E. Grabowski, Esq.
Singleton Law Group
611 L Street, Suite A
Eureka, CA 95501
Tel: (707) 441-1177
Fax: (707) 441-1533
Email: lawgroup@sbcglobal.net
rgrabowski@pacbell.net

[ ]    **BY U.S. MAIL.** I caused such envelope to be placed for deposit in the U.S. Postal Service in a sealed envelope, with postage prepaid, addressed to the above, and that envelope was placed for collection and mailing on that date following ordinary business. (CCP § 1013a(3))

[ ]    **BY PERSONAL SERVICE.** I caused such envelope to be delivered by hand to the offices of the addressee(s).

[ ]    **BY FAX TRANSMISSION.** Pursuant to Rule 2.306 of the California Rules of Court, I caused such document to be transmitted via facsimile to the offices of the addressee(s).

[ ]    **STATE.** I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

[XX]    **FEDERAL.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. *[E-FILED/SERVED ON REPRESENTED PARTIES, PURSUANT TO PART III OF GENERAL ORDER 45]*

Executed on May 27, 2008, at Oakland, California.

*Amanda M. Williams*
Amanda M. Williams

Substitution of Counsel                    3                    Case No. C 07-05357 CW