**From:** "Sunvest Communities USA" <SunvestCommunitiesUSA@mx04.ultra-mx.com>
**To:** <[redacted]@asis.com>
**Sent:** Wednesday, May 30, 2007 5:07 PM
**Subject:** Omar Periu's New Millionaire Wealth Building Boot Camp June 23 & June 24

OMAR PERIU's

# New Millionaire Wea=th Building

# Boot Camp together with at the

Hilto= Los Angeles Airport Hotel
Saturday, June 23, 2007 - 8:30am - 6:00pm
Sunday, June 24, 2007 - 8:30am - 6:00pm

We'll be Introducing You to A=azing Properties in Florida, Las Vegas, Colorado and Arizona!
www.SunvestUSA.com

**Investor Friendly**

- Seller Concessions of up to 15%
- 1 Year HOA Free
- 1 Year Home Warranty Free
- Developer Fee Waived

Plus Other Great Incentives!

Call for more info.
(954) 239-4200

During This Weekend Only, You'll Learn:
2. Mission, Purpose-driven Life & Outrageous goals
3. Understanding wealth from vision to acquisition
4. Strategic planning to make dreams reality
5. How you can become wealthy using multiple streams of income=br />

EXHIBIT "A"

# Don't miss out on this Great opportunity!

Author of Best Selling Books, *Investigative Selling* and *From Management to Leadersh=p*

Event Location:
**Hilton Los Angeles Airport Hotel**
**5711 W. Century Blvd.**
**Los Angeles, CA 90045**
For room reservations
Call: (310) 410-6190

<=a>

Matthew Krac & Omar Periu

Developed by:

This incentive offer is valid only with sellers preferred =ender. Prices and Terms subject to change. Other restrictions may apply. =ased on new contracts only written after 5/4/07, non-retroactive. Oral re=resentations cannot be relied upon as correctly stating representations o= the developer, for the correct representations of the developer, make re=erence to documents required by section 718.503. Florida Statues to be fu=ished by a developer to a buyer or lesee. We are pledged to the letter an= spirit of U.S. marketing program in which there are no barriers to obtai=ing housing because of race, color, religion, sex, handicap, fmilial stat=s, or national origin.

---

This message was sent to you as an opt-in subscriber to Th= Speed Network or one of its affiliates.
We will continue to bring you valuable offers on the produ=ts and services that interest you most. If you wish to unsubs=ribe, please Click Here

Postal opt-out - 1300 NW 17th avenue Ste 218 Delray Beac= FL 33445

---

```
Return-Path: <SunvestCommunitiesUSA@mx04.ultra-mx.com>
Received: from [206.152.12.52]
        by 64.18.4.10;
        Wed, 30 May 2007 17:07:52 -0700
Received: from source ([65.240.228.68]) by exprod5mx124.postini.com ([64.18.4.10]) with
SMTP;
        Wed, 30 May 2007 19:11:29 EDT
Received: from psmtp.com (exprod5mx124.postini.com [64.18.0.38])
        by red.asis.com (8.13.6/8.13.6) with SMTP id l4UNDLaP089882
        for <redacted@asis.com>; Wed, 30 May 2007 16:13:21 -0700 (PDT)
        (envelope-from SunvestCommunitiesUSA@mx04.ultra-mx.com)
Message-ID: <u5aan-o27e48j-2-v@ijf24f17>
Date: Wed, 30 May 2007 17:07:52 -0700
From: "Sunvest Communities USA" <SunvestCommunitiesUSA@mx04.ultra-mx.com>
Reply-To: "Sunvest Communities USA" <SunvestCommunitiesUSA@mx04.ultra-mx.com>
To: <redacted@asis.com>
Subject: Omar Perius New Millionaire Wealth Building Boot Camp June 23 & June 24
MIME-Version: 1.0
Content-Type: multipart/alternative;
        boundary="5FC4BE__C3.5_B25B3___"
X-Mailer: Microsoft Outlook Express 6.00.2600.0000
X-Priority: 3
X-pstn-levels: (S: 0.00000/31.69596 R:95.9108 P:95.9108 M:95.5423 C:98.6951 )
X-pstn-settings: 3 (1.0000:1.0000) S gt3 gt2 gt1 r p m c
X-pstn-addresses: from <SunvestCommunitiesUSA@mx04.ultra-mx.com> [30/1]
X-Virus-Scanned: ClamAV 0.90.2/3333/Wed May 30 07:42:37 2007 on red.asis.com
X-Virus-Status: Clean
--5FC4BE__C3.5_B25B3___
Content-Type: text/html;
Content-Transfer-Encoding: quoted-printable

<HTML>
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN" "http://www=
w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
<html xmlns=3D"http://www.w3.org/1999/xhtml">
<head>
<title>millionaire</title>
<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Dwindows-=
1251" />
</head>
<body bgcolor=3D"#F0F4FA" leftmargin=3D"0" topmargin=3D"0" marginwidth=3D"=
0" marginheight=3D"0">
<!-- ImageReady Slices (millionaire.psd) -->
<table id=3D"Table_01" width=3D"700" height=3D"1197" border=3D"0" cellpadd=
ing=3D"0" cellspacing=3D"0">
  <tr>
    <td colspan=3D"3" background=3D"http://realvite.com/projects/sunvest/2=
0070525/images/header.gif" width=3D"700" height=3D"137" align=3D"center" s=
tyle=3D"font-family:'Trajan Pro', 'Trajan Normal', Trajan,  'Times New Rom=
```

```
an', Times, serif; font-size:18px; color: #ffffff">OMAR PERIU's<br />
    <font style=3D"font-weight:bold; font-size:33px">New Millionaire Wea=
lth Building<br />
    Boot Camp</font> together with <img src=3D"http://realvite.com/proje=
cts/sunvest/20070525/images/sunvestlogo.gif" width=3D"91" height=3D"52" al=
ign=3D"texttop" /> at the </td>
  </tr>
  <tr>
    <td><img src=3D"http://realvite.com/projects/sunvest/20070525/images/m=
illionaire_02.jpg" width=3D"251" height=3D"36" alt=3D"" /></td>
    <td width=3D"410" height=3D"36" background=3D"http://realvite.com/proj=
ects/sunvest/20070525/images/millionaire_03.jpg"></td>
    <td><img src=3D"http://realvite.com/projects/sunvest/20070525/images/m=
illionaire_04.jpg" width=3D"39" height=3D"36" alt=3D"" /></td>
  </tr>
  <tr>
    <td><img src=3D"http://realvite.com/projects/sunvest/20070525/images/m=
illionaire_05.jpg" width=3D"251" height=3D"94" alt=3D"" /></td>
    <td width=3D"410" height=3D"94" bgcolor=3D"#fabe25" align=3D"center" s=
tyle=3D"font-family:'Trajan Pro', 'Trajan Normal', Trajan,  'Times New Rom=
an', Times, serif; font-size:18px; color: #00386d; font-weight:bold">Hilto=
n Los Angeles Airport Hotel<br />
    Saturday, June 23, 2007 - 8:30am - 6:00pm<br />
    Sunday, June 24, 2007 - 8:30am - 6:00pm </td>
    <td width=3D"39" height=3D"94" background=3D"http://realvite.com/proje=
cts/sunvest/20070525/images/millionaire_07.gif"></td>
  </tr>
  <tr>
    <td><a href=3D"http://realvite.com/projects/sunvest/20070525/rsvp.php"=
><img src=3D"http://realvite.com/projects/sunvest/20070525/images/milliona=
ire_08.jpg" width=3D"251" height=3D"86" alt=3D"" border=3D"0" /></a></td>
    <td width=3D"410" height=3D"86" background=3D"http://realvite.com/proj=
ects/sunvest/20070525/images/millionaire_09.gif" align=3D"center" style=3D=
"font-family:'Trajan Pro', 'Trajan Normal', Trajan,  'Times New Roman', Ti=
mes, serif; font-size:14px; color: #ffffff;">We'll be Introducing You to A=
mazing Properties<br />
    in Florida, Las Vegas, Colorado and Arizona!<br />
    <a style=3D"font-family:'Trajan Pro', 'Trajan Normal', Trajan,  'Tim=
es New Roman', Times, serif; font-size:14px; color: #ffffff;" href=3D"http=
://www.SunvestUSA.com">www.SunvestUSA.com </a></td>
    <td><img src=3D"http://realvite.com/projects/sunvest/20070525/images/m=
illionaire_10.jpg" width=3D"39" height=3D"86" alt=3D"" /></td>
  </tr>
  <tr>
   <td colspan=3D"3" width=3D"700" height=3D"321" >
   <table width=3D"700" border=3D"0" cellspacing=3D"6" cellpadding=3D"0" =
bgcolor=3D"#00457e" style=3D"background-image:url('http://realvite.com/pro=
jects/sunvest/20070525/images/back.gif'); background-repeat:repeat-x">
    <tr>
```

```
        <td rowspan=3D"2" valign=3D"top"><table width=3D"100=
%" border=3D"0" cellspacing=3D"0" cellpadding=3D"0" height=3D"321">
          <tr>
            <td height=3D"31" background=3D"http://realvite.com/projec=
ts/sunvest/20070525/images/friendly.gif" align=3D"center" style=3D"font-fa=
mily:'Trajan Pro', 'Trajan Normal', Trajan,  'Times New Roman', Times, ser=
if; font-weight:bold; font-size:16px; color: #ffffff;">Investor Friendly</=
td>
          </tr>
          <tr>
            <td bgcolor=3D"#00457d" style=3D"background-image:url('htt=
p://realvite.com/projects/sunvest/20070525/images/darkback.gif'); backgrou=
nd-repeat:repeat-x"><table width=3D"215" border=3D"0" cellspacing=3D"0" ce=
llpadding=3D"6" style=3D"font-family: Trebuchet MS, 'Times New Roman', Tim=
es, serif; font-size:16px; color:#FFFFFF">
              <tr>
                <td><img src=3D"http://realvite.com/projects/sunvest=
/20070525/images/tick.gif" width=3D"9" height=3D"9" /></td>
                <td>Seller Concessions of up to 15%</td>
              </tr>
              <tr>
                <td><img src=3D"http://realvite.com/projects/sunvest=
/20070525/images/tick.gif" width=3D"9" height=3D"9" /></td>
                <td>1 Year HOA Free</td>
              </tr>
              <tr>
                <td><img src=3D"http://realvite.com/projects/sunvest=
/20070525/images/tick.gif" width=3D"9" height=3D"9" /></td>
                <td>1 Year Home Warranty Free</td>
              </tr>
              <tr>
                <td><img src=3D"http://realvite.com/projects/sunvest=
/20070525/images/tick.gif" width=3D"9" height=3D"9" /></td>
                <td>Developer Fee Waived</td>
              </tr>
              <tr>
                <td> </td>
                <td align=3D"center">Plus Other Great <br />
                  Incentives!</td>
              </tr>
            </table></td>
          </tr>
          <tr>
            <td height=3D"44" style=3D"background-image:url('http://re=
alvite.com/projects/sunvest/20070525/images/fback.gif'); background-repeat=
:repeat-x; font-family: Trebuchet MS, 'Times New Roman', Times, serif; fon=
t-size:16px; color:#fbbe25" align=3D"center">Call for more info.<br />
              <strong>(954) 239-4200</strong></td>
          </tr>
```

```
          </table></td>
        <td width=3D"231"><img src=3D"http://realvite.com/projects/sunve=
st/20070525/images/arizona.jpg" width=3D"231" height=3D"160" /></td>
        <td width=3D"230"><img src=3D"http://realvite.com/projects/sunve=
st/20070525/images/vegas.jpg" width=3D"230" height=3D"160" /></td>
      </tr>
      <tr>
        <td><img src=3D"http://realvite.com/projects/sunvest/20070525/im=
ages/colorado.jpg" width=3D"231" height=3D"151" /></td>
        <td><img src=3D"http://realvite.com/projects/sunvest/20070525/im=
ages/orlando.jpg" width=3D"230" height=3D"151" /></td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td colspan=3D"3" width=3D"700" height=3D"421" bgcolor=3D"#00457e" val=
ign=3D"top"><table width=3D"700" border=3D"0" cellspacing=3D"6" cellpaddin=
g=3D"0">
      <tr>
        <td width=3D"215" style=3D"background-image:url('http://realvite=
com/projects/sunvest/20070525/images/darkback.gif'); background-repeat:rep=
eat-x; font-family: Trebuchet MS, 'Times New Roman', Times, serif; font-si=
ze:11px; color:#FFFFFF" align=3D"center" valign=3D"middle">
        <img src=3D"http://realvite.com/projects/sunvest/20070525/images=
/author.jpg" width=3D"99" height=3D"117" /><br />
          Author of Best Selling Books,<em> <br />
          Investigative Selling</em> and<em> From Management to Leadersh=
ip </em><br />
          <br />
          <img src=3D"http://realvite.com/projects/sunvest/20070525/imag=
es/omar.jpg" width=3D"130" height=3D"124" /><br />
          Matthew Krac &amp; Omar Periu</td>
        <td valign=3D"top" style=3D"font-family: Trebuchet MS, 'Times Ne=
w Roman', Times, serif; font-size:16px; color:#FFFFFF"><font style=3D"font=
-family:'Trajan Pro', 'Trajan Normal', Trajan,  'Times New Roman', Times, =
serif; font-size:18px">During This Weekend Only, You'll Learn:</font><br /=
>
          1. How to Create Massive amount of wealth<br />
          2. Mission, Purpose-driven Life &amp; Outrageous goals<br />
          3. Understanding wealth from vision to acquisition<br />
          4. Strategic planning to make dreams reality<br />
          5. How you can become wealthy using multiple streams of income=
<br />
          <p align=3D"center" style=3D"font-family:'Trajan Pro', 'Trajan=
 Normal', Trajan,  'Times New Roman', Times, serif; font-size:36px; color:=
 #fabf25">Don't miss out on this<br />
            Great opportunity!</p>
          <table width=3D"100%" border=3D"0" cellspacing=3D"0" cellpaddi=
ng=3D"0">
```

```
          <tr>
            <td align=3D"center" font=3D"font" style=3D"font-family:'T=
rajan Pro', 'Trajan Normal', Trajan,  'Times New Roman', Times, serif; fon=
t-size:14px; color:#fabf25">Event Location:<br />
              <strong>Hilton Los Angeles Airport Hotel<br />
              5711 W. Century Blvd.<br />
              Los Angeles, CA 90045</strong><br />
              <font style=3D"color:#FFFFFF">For room reservations <br =
/>
              Call: (310) 410-6190</font></td>
            <td><img src=3D"http://realvite.com/projects/sunvest/20070=
525/images/brokerswelcome.gif" width=3D"150" height=3D"150" /></td>
          </tr>
          <tr>
            <td colspan=3D"2" align=3D"center"><a href=3D"http://realv=
ite.com/projects/sunvest/20070525/rsvp.php">
                <img src=3D"http://realvite.com/projects/sunvest/20070525/=
images/rsvp.gif" vspace=3D"5" border=3D"0" width=3D"268" height=3D"81" /><=
/a></td>
          </tr>
        </table></td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td colspan=3D"3"><table width=3D"100%" border=3D"0" cellspacing=3D"0"=
 cellpadding=3D"10" style=3D"font-family: Trebuchet MS, 'Times New Roman',=
 Times, serif; font-size:10px; color:#000000">
      <tr>
        <td align=3D"center">Developed by:<br />
          <img src=3D"http://realvite.com/projects/sunvest/20070525/imag=
es/sunvestlogo.gif" width=3D"91" height=3D"52" /> </td>
        <td  >This incentive offer is valid only with sellers preferred =
lender. Prices and Terms subject to change. Other restrictions may apply. =
Based on new contracts only written after 5/4/07, non-retroactive. Oral re=
presentations cannot be relied upon as correctly stating representations o=
f the developer, for the correct representations of the developer, make re=
ference to documents required by section 718.503. Florida Statues to be fu=
mished by a developer to a buyer or lesee. We are pledged to the letter an=
d spirit of U.S. marketing program in which there are no barriers to obtai=
ning housing because of race, color, religion, sex, handicap, fmilial stat=
us, or national origin.
      <p> </p>
      <div>
        <font face=3D"Arial" size=3D"2"><span class=3D"500132617-09012=
007">
      </div>
      <p> </td>
      </tr>
```

```
        </table></td>
  </tr>
</table>
<!-- End ImageReady Slices -->
</body>
</html>
          <hr color=3D"#336699" noShade><font face=3D"Arial" size=3D=
"1">
          <p align=3D"center">
          <font style=3D"FONT-FAMILY: Verdana, Arial, Helvetica, san=
s-serif" size=3D"1">
          This message was sent to you as an opt-in subscriber to Th=
e
          Speed Network or one of its affiliates. <br>
          We will continue to bring you valuable offers on the produ=
cts
          and services that interest you most. If you wish to unsubs=
cribe,
          please
          <a style=3D"PADDING-RIGHT: 0px; DISPLAY: inline; PADDING-L=
EFT: 0px; PADDING-BOTTOM: 0px; MARGIN: 0px; COLOR: #fffbf0; PADDING-TOP: 0=
px; FONT-FAMILY: 'Trebuchet MS', Arial; TEXT-DECORATION: none" href=3D"htt=
p://rmspeed-mx.com/rem.html">
          <font color=3D"#000000">Click Here</font></a></font></p>
          <div style=3D"FONT-WEIGHT: normal; FONT-SIZE: 13px; FONT-F=
AMILY: verdana, sans-serif">
           <p align=3D"center">
           <font style=3D"LINE-HEIGHT: 1.35em; FONT-FAMILY: Verdana=
, Arial, Helvetica, sans-serif" face=3D"MS Sans Serif" size=3D"1">
           Postal opt-out - 1300 NW 17th avenue Ste 218 Delray Beac=
h FL
           33445</font></div>
          </font><hr color=3D"#336699" noShade>
</html>
--5FC4BE__C3.5_B25B3___--
```

**From:** "princetonpremierbios" <princetonpremierbios@mx01.ultra-mx.com>
**To:** <[redacted]@asis.com>
**Sent:** Wednesday, August 29, 2007 4:20 PM
**Subject:** Your Recent Princeton Premier Nomination

Dear Friend.

=</font>

You were rece=tly appointed as a biographical candidate to represent your industry in the Princeton Premier Business Leaders and Professionals, and for inclusion i=to the upcoming 2007-2008 "Honors Edition" of the registry.

We are pleased to inform you that on August 27th, your candidacy was approved. Your confirmation for inclusion will be effective within five business days, pending our receipt of the enclosed application.

The Office of=the Managing Director appoints individuals based on a candidate's current position, and usually with information obtained from researched executive= and professional listings. The director thinks you may make an interestin= biographical subject, as individual achievement is what Princeton Premier=is all about. Upon final confirmation you will be listed among thousands of = accomplished individuals in the Princeton Premier Registry. There is no c=st to be included.

We do require= additional information to complete the selection process and kindly ask t=at you access this form on our website at:

http://fd2.formdesk.com/princetonglobalnetwork1/apply

=</font>

or you can manually enter this address into your web browser:

=</font>

http://fd2.formdesk.com/p=incetonglobalnetwork1/apply

=</font>

=</font>

Sincerely,

Jason Harris

Managing Dire=tor

<=p>

Return-Path: <princetonpremierbios@mx01.ultra-mx.com>
Received: from [158.69.188.71] by 64.18.4.11 id s12xU5Iu2cBr; Thu, 30 Aug 2007 00:20:31 +0100
Received: from source ([65.240.228.65]) by exprod5mx211.postini.com ([64.18.4.11]) with SMTP;
Wed, 29 Aug 2007 18:29:44 EDT
Received: from psmtp.com (exprod5mx211.postini.com [64.18.0.70])
by mail.asis.com (Postfix) with SMTP id 4F4645EBE
for <redacted@asis.com>; Wed, 29 Aug 2007 15:32:37 -0700 (PDT)
Received: from mail.asis.com (localhost.asis.com [127.0.0.1])
by mail.asis.com (Postfix) with ESMTP id 4A2A35EBF
for <redacted@asis.com>; Wed, 29 Aug 2007 15:32:38 -0700 (PDT)
Message-ID: <z$7$cbt-6x94q25-7@a5b.m8>
Date: Thu, 30 Aug 2007 00:20:31 +0100
From: "princetonpremierbios" <princetonpremierbios@mx01.ultra-mx.com>
Reply-To: "princetonpremierbios" <princetonpremierbios@mx01.ultra-mx.com>
To: <redacted@asis.com>
Subject: Your Recent Princeton Premier Nomination
MIME-Version: 1.0
Content-Type: multipart/alternative;
boundary="5AA5B94_F.652.39"
X-Original-To: redacted@asis.com
Delivered-To: redacted@asis.com
X-Mailer: Microsoft Outlook Express 5.50.4133.2400
X-Priority: 3
X-pstn-levels: (S: 0.00000/95.53476 R:95.9108 P:95.9108 M:97.0282 C:98.6951 )
X-pstn-settings: 3 (1.0000:1.0000) s gt3 gt2 gt1 r p m c
X-pstn-addresses: from <princetonpremierbios@mx01.ultra-mx.com> [30/1]
X-Virus-Scanned: ClamAV using ClamSMTP

--5AA5B94_F.652.39
Content-Type: text/html;
Content-Transfer-Encoding: quoted-printable

<HTML>

<HTML>

<head>
<style>
<!--
div.Section1
{page:Section1;}
-->

```
</style>
</head>

<div class=3D"Section1">
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
        <font face=3D"Courier New" size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'">Dear Friend</=
span></font></p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
        <font face=3D"Courier New" size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'"> </span>=
</font></p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
        <font face=3D"Courier New" size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'">You were rece=
ntly
        appointed as a biographical candidate to represent your industry in the
        Princeton Premier Business Leaders and Professionals, and for inclusion i=
nto
        the upcoming 2007-2008 &quot;Honors Edition&quot; of the registry. <br>
        <br>
        We are pleased to inform you that on August 27th, your candidacy was
        approved. Your confirmation for inclusion will be effective within five
        business days, pending our receipt of the enclosed application. </sp=
an></font></p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
        <font face=3D"Courier New" size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'">The Office of=
 the
        Managing Director appoints individuals based on a candidate's current
        position, and usually with information obtained from researched executive=

        and professional listings. The director thinks you may make an interestin=
g
        biographical subject, as individual achievement is what Princeton Premier=
 is
        all about. Upon final confirmation you will be listed among thousands of =

        accomplished individuals in the Princeton Premier Registry. There is no c=
ost
        to be included.</span></font></p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
        <font face=3D"Courier New" size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'">We do require=

        additional information to complete the selection process and kindly ask t=
```

hat
you access this form on our website at:</span></font></p>
<p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
<font face=3D"Courier New" size=3D"2">
<span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'">
<a title=3D"http://fd2.formdesk.com/princetonglobalnetwork1/apply"
style=3D=
"color: blue; text-decoration: underline" href=3D"http://fd2.formdesk.com/=
princetonglobalnetwork1/apply">
http://fd2.formdesk.com/princetonglobalnetwork1/apply</a></span></font></=
p>
<p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
<font face=3D"Courier New" size=3D"2">
<span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'"> </span>=
</font></p>
<p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
<font face=3D"Courier New" size=3D"2">
<span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'">Or you can
manually enter this address into your web browser:</span></font></p>
<p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
<font face=3D"Courier New" size=3D"2">
<span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'"> </span>=
</font></p>
<p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
<a href=3D"http://fd2.formdesk.com/princetonglobalnetwork1/apply">
<span style=3D"text-decoration: underline"><font size=3D"2" color=3D"#000=
0FF">
<span style=3D"font-family: Courier New">h</span></font></span></a><font =
face=3D"Courier New" size=3D"2"><span style=3D"FONT-SIZE: 10pt; FONT-FAMIL=
Y: 'Courier New'"><a title=3D"http://fd2.formdesk.com/princetonglobalnetwo=
rk1/apply" style=3D"color: blue; text-decoration: underline" href=3D"http:=
//fd2.formdesk.com/princetonglobalnetwork1/apply">ttp://fd2.formdesk.com/p=
rincetonglobalnetwork1/apply</a></span></font></p>
<p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
<font face=3D"Courier New" size=3D"2">
<span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'"> </span>=
</font></p>
<p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
<font face=3D"Courier New" size=3D"2">
<span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'"> </span>=
</font></p>
<p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
<font face=3D"Courier New" size=3D"2">
<span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'">Sincerely,</s=
pan></font></p>
<p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in"><font size=3D"2">

```
        <span style=3D"font-family: Courier New">J</span></font><font face=3D"Cou=
rier New" size=3D"2"><span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier=
 New'">ason
        Harris</span></font></p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in">
        <font face=3D"Courier New" size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: 'Courier New'">Managing Dire=
ctor</span></font></p>
        <p class=3D"MsoNormal" style=3D"MARGIN-LEFT: 0.5in"><font face=3D"Arial" =
size=3D"2">
        <span style=3D"FONT-SIZE: 10pt; FONT-FAMILY: Arial"> </span></font><=
/p>
        <p>          
        <a href=3D"http://rm.speed-mx.com/rem.html">
        <img height=3D"82" src=3D"http://im.speed-mx.com/left.jpg" width=3D"600" =
border=3D"0"></a></p>
        <p class=3D"MsoPlainText"><b><font face=3D"Courier New" color=3D"navy" si=
ze=3D"2">
        <span style=3D"FONT-WEIGHT: bold; FONT-SIZE: 10pt; COLOR: navy"> </s=
pan></font></b></div>
<body>

</body>

</html>

--5AA5B94_F.652.39--
```

**From:** "Atlanta, GA" <AtlantaGA@mx03.ultra-mx.com>
**To:** <[redacted]@asis.com>
**Sent:** Friday, June 08, 2007 3:04 PM
**Subject:** The National Black Arts Festival: Guess Whos Going to Atlanta This July

Register to Wi=a Cultural Getaway for Two to the National Black Arts Festival in Atlanta.

Find yourself in Atlanta =uly 20-29, 2007 for the annual National Black Arts Festival.

**Featuring:**
**Jennifer Holliday** in ***Dream=irls***
Pulitzer Prize winning playwright **Suzan-Lo=i Parks**
Poet **Sekou Sundiata**
The Pan African Film Festival with **Danny Glover=/strong>, Alfre Woodard and Pearl Cleage**
**Legends Celebration: An Evening with Roberta F=ack**
**Creative Outlet Dance Theatre of Brooklyn**
**South African jazz pianist, Abdullah Ibrahim<=r /> *Ceremonies in Dark Old Men and Emergence-SEE Kenny Leon***
***The Atlanta Symphony Orchestra=/strong> at Historic Ebenezer Baptist Church***
***The Official Artists' Market at Greenbria= Mall and The International Vendor Marketplace =t Atlantic Station***
***Visit www.NBAF.org for more information on these and other festival e=ents***

***Register to Win a =ultural Getaway for Two to the National Black Arts Festival in Atlanta.***

***The Prize Package Includes:***
***• Two Round-trip Tickets to Atlanta on AirTran Air=ays***
***• A Two Night Weekend Stay at an Atlanta Hotel***
***• Two Tickets to the Jimmy Carter Presidential Library***

= • ***Dinner for Two at SAGA Restaurant***

***Sign up for updates and specials from Atlanta.***

=

***Visit our Website.***

---

This message was sent to you as an opt-in subscriber to The Speed Network or =ne of its affiliates.
We will continue to bring you valuable offers on the products and servic=s that interest you most. If you wish to unsubscribe, please Click Here

Postal opt-out - 1300 NW 17th avenue Ste 218 Delray Beach FL 33445

---

```
Return-Path: <AtlantaGA@mx03.ultra-mx.com>
Received: from [40.75.167.85]
        by 64.18.4.10 SMTP id 20nOUfQWCe7l9h;
        Fri, 08 Jun 2007 17:04:16 -0500
Received: from source ([65.240.228.67]) by exprod5mx151.postini.com ([64.18.4.10]) with SMTP;
        Fri, 08 Jun 2007 14:05:52 PDT
Received: from psmtp.com (exprod5mx151.postini.com [64.18.0.220])
        by red.asis.com (8.13.6/8.13.6) with SMTP id l58L7jp9049623
        for <redacted@asis.com>; Fri, 8 Jun 2007 14:07:46 -0700 (PDT)
        (envelope-from AtlantaGA@mx03.ultra-mx.com)
Message-ID: <63-2$19j-hy6ndl3sk@k7k504p5.al2s>
Date: Fri, 08 Jun 2007 17:04:16 -0500
From: "Atlanta, GA" <AtlantaGA@mx03.ultra-mx.com>
Reply-To: "Atlanta, GA" <AtlantaGA@mx03.ultra-mx.com>
To: <redacted@asis.com>
Subject: The National Black Arts Festival: Guess Whos Going to Atlanta This July
MIME-Version: 1.0
Content-Type: multipart/alternative;
        boundary="438CFEE5.13DD.2"
X-Mailer: AOL 7.0 for Windows US sub 118
X-Priority: 3
X-pstn-levels: (S: 0.00000/16.56880 R:95.9108 P:95.9108 M:95.5423 C:98.6951 )
X-pstn-settings: 3 (1.0000:1.0000) S gt3 gt2 gt1 r p m c
X-pstn-addresses: from <AtlantaGA@mx03.ultra-mx.com> [30/1]
X-Virus-Scanned: ClamAV 0.90.2/3380/Fri Jun  8 05:34:26 2007 on red.asis.com
X-Virus-Status: Clean


--438CFEE5.13DD.2
Content-Type: text/html;
Content-Transfer-Encoding: quoted-printable

<html>

<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN" "http://www=
w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
<html xmlns=3D"http://www.w3.org/1999/xhtml">
<head>
<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Diso-8859=
-1" />
<title>ATLANTA NATIONAL BLACK ARTS FESTIVAL 2007</title>
<style type=3D"text/css">
<!--
body {
        margin:0px; background-color: #573d1b;
```

```
        background-image: url('http://www.atlanta.net/camp/blackarts07/images/bac=
kground.jpg');
        background-repeat: no-repeat
}
contentfont {
        font-family: Verdana, Arial, Helvetica, sans-serif;
        font-size: 12px;
        color: #FFE6C4;
}
contentfont a{
        font-family: Verdana, Arial, Helvetica, sans-serif;
        font-size: 12px;
        color: #FFE6C4;
        text-decoration: underline;
        font-weight: bold;
}
header {
        font-family: Verdana, Arial, Helvetica, sans-serif;
        font-size: 13px;
        color: #FFE6C4;
        font-weight: bold;
}
header a{
        font-family: Verdana, Arial, Helvetica, sans-serif;
        font-size: 13px;
        color: #FFE6C4;
        text-decoration: underline;
        font-weight: bold;
}
redfontsmall{
        font-size: 10px;
        font-style: italic;
        color: #FF0000;
}
-->
</style>

</head>

<body>
<table width=3D"600" border=3D"0" cellspacing=3D"0" cellpadding=3D"0">
  <tr>
    <td width=3D"30" rowspan=3D"5"> </td>
    <td><a href=3D"http://network.usdm.net/adclick/CID=3D00001270000000000=
0000000/site=3DATLANTA.NET/area=3DATLANTA_BLACKARTS07/aamsz=3DTEXTLIN
K/" t=
```

arget=3D"_blank"><img src=3D"http://www.atlanta.net/camp/blackarts07/image=
s/space.gif" width=3D"538" height=3D"339" border=3D"0" /></a></td>
<td width=3D"31" rowspan=3D"5"> </td>
</tr>
<tr>
<td class=3D"contentfont"><p class=3D"header"><a
href=3D"http://networ=
k.usdm.net/adclick/CID=3D000012710000000000000000/site=3DATLANTA.NET/area=3D=
ATLANTA_BLACKARTS07/aamsz=3DTEXTLINK/" target=3D"_blank"><u>Register to Wi=
n a Cultural Getaway for Two to
the <br />
National Black Arts Festival in Atlanta.</u></a></p></td>
</tr>
<tr>
<td class=3D"header"> </td>
</tr>
<tr>
<td width=3D"539" class=3D"contentfont"><p>Find yourself in Atlanta =
July 20-29, 2007 for the annual National Black Arts Festival. <br />
<br />
<strong>Featuring:<br />
</strong><strong>Jennifer Holliday</strong> in <strong><em>Dream=
girls<br />
</em></strong>Pulitzer Prize winning playwright <strong>Suzan-Lo=
ri Parks<br />
</strong>Poet <strong>Sekou Sundiata<br />
</strong>The Pan African Film Festival with <strong>Danny Glover=
</strong>, <strong>Alfre Woodard</strong> and <strong>Pearl Cleage<br />
</strong>Legends Celebration: An Evening with <strong>Roberta F=
lack<br />
Creative Outlet Dance Theatre of Brooklyn<br />
</strong>South African jazz pianist, <strong>Abdullah Ibrahim<=
br />
</strong><em>Ceremonies in Dark Old Men and Emergence-SEE </em=
>directed by <strong>Kenny Leon<br />
</strong>The <strong>Atlanta</strong><strong> Symphony Orchestra=
</strong> at <strong>Historic Ebenezer Baptist Church<br /> </strong>
The <strong>Official Artists' Market</strong> at <strong>Greenbria=
r Mall</strong> and<strong> The International Vendor Marketplace</strong> =
at <strong>Atlantic Station</strong><br />
Visit <a href=3D"http://network.usdm.net/adclick/CID=3D00001279000=
0000000000000/site=3DATLANTA.NET/area=3DATLANTA_BLACKARTS07/aamsz=3DTE
XTLI=
NK/">www.NBAF.org</a> for more information on these and other festival e=
vents<br />
<br />

```
        <strong><span class=3D"contentfont"><a href=3D"http://network.usdm=
net/adclick/CID=3D000012720000000000000000/site=3DATLANTA.NET/area=3DATLA=
NTA_BLACKARTS07/aamsz=3DTEXTLINK/" target=3D"_blank"><u>Register to Win a =
Cultural Getaway for Two to
      the <br />
National Black Arts Festival in Atlanta.</u></a></span><br />
        <br />
        The Prize Package Includes:<br />
        </strong>&bull;  Two Round-trip Tickets to Atlanta  on AirTran Air=
ways <br />
        &bull;  A Two Night Weekend Stay at an Atlanta Hotel <br />
        &bull;  Two Tickets to the Jimmy Carter Presidential Library <br /=
>
        &bull;  Two Tickets to a National Black Arts Festival Event <br />=

        &bull;  Dinner for Two at SAGA Restaurant
        </p>
<p><u><a href=3D"http://network.usdm.net/adclick/CID=3D0000127300000000000=
00000/site=3DATLANTA.NET/area=3DATLANTA_BLACKARTS07/aamsz=3DTEXTLINK/"
tar=
get=3D"_blank">Sign up for updates and  specials from Atlanta.</a></u></p>=

<p><u><a href=3D"http://network.usdm.net/adclick/CID=3D0000127400000000000=
00000/site=3DATLANTA.NET/area=3DATLANTA_BLACKARTS07/aamsz=3DTEXTLINK/"
tar=
get=3D"_blank">Visit our Website.</a></u></p></td>
  </tr>
  <tr>
    <td width=3D"539" class=3D"contentfont"><img src=3D"http://www.atlanta=
net/camp/blackarts07/images/space.gif" width=3D"538" height=3D"77" border=
=3D"0" /></td>
  </tr>
</table>
</body>

<div>
            <font face=3D"Arial" size=3D"2"><span class=3D"500132617-09012007">
            <p align=3D"center"> <i><b> </b></i>
            </p>
            </span></font></div>

</html>
```

```
</html>
 <hr color=3D"#336699" noShade><font face=3D"Arial" size=3D"1">
 <p align=3D"center">
 <font style=3D"FONT-FAMILY: Verdana, Arial, Helvetica, sans-serif" size=3D=
"1">This
 message was sent to you as an opt-in subscriber to The Speed Network or =
one of
 its affiliates. <br>
 We will continue to bring you valuable offers on the products and servic=
es
 that interest you most. If you wish to unsubscribe, please
 <a style=3D"PADDING-RIGHT: 0px; DISPLAY: inline; PADDING-LEFT: 0px; PADD=
ING-BOTTOM: 0px; MARGIN: 0px; COLOR: #fffbf0; PADDING-TOP: 0px; FONT-FAMIL=
Y: 'Trebuchet MS', Arial; TEXT-DECORATION: none" href=3D"http://rm.speed-m=
x.com/rem.html">
 <font color=3D"#000000">Click Here</font></a></font></p>
 <div style=3D"FONT-WEIGHT: normal; FONT-SIZE: 13px; FONT-FAMILY: verdana=
, sans-serif">
  <p align=3D"center">
  <font style=3D"LINE-HEIGHT: 1.35em; FONT-FAMILY: Verdana, Arial, Helve=
tica, sans-serif" face=3D"MS Sans Serif" size=3D"1">
  Postal opt-out - 1300 NW 17th avenue Ste 218 Delray Beach FL 33445</fo=
nt></div>
 </font><hr color=3D"#336699" noShade>
 <p>
 <font face=3D"Arial" size=3D"2"><span class=3D"500132617-09012007">

</div>
</body>
 </span></font>
</html>

--438CFEE5.13DD.2--
```