

## Whois Record for Ultra-mx.com ( Ultra mx )

**Front Page Information**

- **Website Title:** None given.
- **AboutUs:** Wiki article on Ultra-mx.com

**Registry Data**

- **ICANN Registrar:** GODADDY.COM, INC.
- **Created:** 2007-05-01
- **Expires:** 2008-05-01
- **Registrar Status:** clientDeleteProhibited
- **Registrar Status:** clientRenewProhibited
- **Registrar Status:** clientTransferProhibited
- **Registrar Status:** clientUpdateProhibited
- **Name Server:** NS1.SPEED-MX.COM
- **Name Server:** NS2.SPEED-MX.COM
- **Whois Server:** whois.godaddy.com

**Server Data**

- **Blacklist Status:** Clear
- **Domain Status:** Registered And No Website

**DomainTools Exclusive**

- **Whois History:** 9 records have been archived since 2007-05-29
- **Monitor Domain:** Set Free Alerts on ultra-mx.com
- **Free Tool:** Download DomainTools for Windows

**Other TLDs**

.com   .net   .org   .biz

**Symbol Key**

- Available
- Available (Previously registered)
- Registered (Active website)
- Registered (Parked or redirected)
- Registered (No website)
- On-Hold (Generic)
- On-Hold (Redemption Period)
- On-Hold (Pending Delete)
- Monitor
- Preview
- No preview
- Buy this (Available)
- Buy this (Bid at auction)

**Customize This Page**

Select the items you want to be shown on this page.

- ☑ Front Page    ☑ Indexed Data
- ☑ Server Data   ☑ Registry Data
- ☑ Exclusive Data ☑ Whois Record

**Domains for Sale**

Domain

UltraMob.com
UltraBay.com
UltraSweet.com
UltraCentre.com
UltraGame.com
UltraHosting.com
UltraServer.com
UltraLogic.com
UltraSites.com
UltraFree.com
UltraTools.com

**Domains At Auction**

Domain

### Whois Record

```
Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: ULTRA-MX.COM
        Created on: 01-May-07
        Expires on: 01-May-08
        Last Updated on:

    Administrative Contact:
        Private, Registration
        Domains by Proxy, Inc.
        DomainsByProxy.com
```

```
          15111 N. Hayden Rd., Ste 160, PMB 353
          Scottsdale, Arizona 85260
          United States
          (480) 624-2599      Fax -- (480) 624-2599

Technical Contact:
     Private, Registration
     Domains by Proxy, Inc.
     DomainsByProxy.com
     15111 N. Hayden Rd., Ste 160, PMB 353
     Scottsdale, Arizona 85260
     United States
     (480) 624-2599      Fax -- (480) 624-2599

Domain servers in listed order:
     NS1.SPEED-MX.COM
     NS2.SPEED-MX.COM
```

|  | Dat |
|---|---|
| UltraMalls.com | 10-04-_ |
| UltraBound.com | 10-04-_ |
| EExtremeTeam.com | 10-04-_ |
| TheExtremeSite.com | 10-04-_ |
| MegaTechJapan.com | 10-04-_ |
| MegaNewMedia.com | 10-04-_ |
| SpinUltraLounge.com | 10-04-_ |
| MegaMillionsBlog.com | 10-04-_ |
| MegaCarBoot.com | 10-04-_ |
| TheExtremeTattoos.com | 10-04-_ |
| HyperYensIon.com | 10-04-_ |
| MegaJointventures.com | 10-04-_ |

**Compare Similar Domains**

| Domain | Create |
|---|---|
| U Lt R | 1997-07 |
| U Lt Port | 2000-10 |
| U Lt R 4 Zone | 2001-07 |
| U Lt Pro | 2002-05 |
| U Lt Power | 2002-12 |
| U Lt Pp | 2003-02 |
| U Lt Productions | 2003-02 |
| U Lt R - Skin | 2003-11 |
| U Lt R - Mold | 2005-05 |
| U Lt R - A - S Lan | 2005-07 |
| U Lt R - Pro | 2005-11 |
| U Lt R - Pornsta Rs | 2006-04 |
| U Lt R 4 | 2006-07 |
| U Lt Pucho | 2006-07 |
| U Lt Quiz | 2006-09 |




**MY ACCOUNT** | **HOW PRIVATE REGISTRATIONS WORK** | **ABOUT US** | **SUPPORT** | **LEGAL ISSUES**



## Welcome to Domains By Proxy®!
### Display your domain name– not your personal information.

Did you know that for each domain name you register, **anyone - anywhere, anytime** - can find out your name, home address, phone number and email address?

The law requires that the personal information you provide with every domain you register be made public in the "WHOIS" database. Your identity becomes instantly available - and vulnerable - to spammers, scammers, prying eyes and worse.

**But now there's a solution: Domains By Proxy®!**

### Getting a Private Registration will:

- Stop domain-related spam
- Deter identity theft & fraud
- Prevent harassers & stalkers
- End data mining
- Protect your family's privacy
- And more!

 **Public vs. Private**
Show the Difference!

**DBP testimonials!**

**Another Great Privacy Product!**

**Getting an SSL Certificate?**

**Our cutting-edge spam filter**

If you are in law enforcement, click here
For our subpoena policies, click here

Copyright © 2007 Domains By Proxy, Inc.
All rights reserved.
U.S. Pat. No. 7,130,878







HOME | MY ACCOUNT | HOW PRIVATE REGISTRATIONS WORK | ABOUT US | SUPPORT | LEGAL ISSUES



## Legal Issues

**Agreements:** When you purchase Domains By Proxy®'s services, you agree to all the terms and conditions contained in our Proxy Agreement, Privacy Policy and Anti-Spam Policy. If you can't agree to the terms contained in our agreements, do not use our services. We reserve the right to revise our agreements at anytime.

**Prohibitions:** Domains By Proxy® is not intended to be used to protect your identity if you:

- Transmit spam, viruses or harmful computer programs;
- Violate the law or infringe a third party's trademark or copyright;
- Engage in morally objectionable activities, including but not limited to those which are child pornographic, defamatory, abusive, harassing, obscene, racist, or otherwise objectionable.

**Protections:** Registrations are insured against loss by our Liability Insurance and backed by your Registrar's Guarantee!

## Who to Contact

**Spam Complaints:** If you believe a domain registration we hold is spamming you, **we want to know** Please click here

**Copyright/Trademark Complaints(Content):** If you believe a domain registration we hold is infringing on your copright or trademark, please click here

**Trademark Complaints (Domain Name Only):** If you believe a domain registration we hold is infringing on your trademark, please click here

**Morally Objectionable Content Complaints:** If you believe a domain registration we hold contains morally objectionable material, please click here

**Defamation/Libel Complaints:** If you believe a domain registration we hold contains offending content such as defaming or libelous statements, please click here

If you are one of our customers and need support, please click here

If you are in law enforcement, click here
For our subpoena policies, click here

Copyright © 2007 Domains By Proxy, Inc.
All rights reserved.
U.S. Pat. No. 7,130,878




# DOMAINS BY PROXY
# CIVIL SUBPOENA POLICY

**DOMAINS BY PROXY CIVIL SUBPOENA POLICY**

Domains by Proxy's Privacy Policy prohibits the release of customer or account information without express permission from the customer, except when required by law, to conform to the edicts of the law, or to comply with legal process properly served on Domains by Proxy or one of its affiliates.

If you seek the identity or account information of a Domains by Proxy customer in connection with a civil legal matter, you must fax, mail, or serve Domains by Proxy with a valid subpoena.

**Submission of Subpoenas**

Domains by Proxy is headquartered in Scottsdale, Arizona and all civil subpoenas should be served at that location or mailed to:

Compliance Department
Domains by Proxy
15111 N. Hayden Road
Suite 160
PMB 353
Scottsdale, Arizona
85260

Alternatively, the civil subpoena can be faxed to:

480.624.2546
Attn: Compliance Department
Notice to Customer and Response Time

Upon the receipt of a valid civil subpoena, Domains by Proxy will promptly notify the customer whose information is sought via e-mail or U.S. mail. If the circumstances do not amount to an emergency, Domains by Proxy will not immediately produce the customer information sought by the subpoena and will provide the customer an opportunity to move to quash the subpoena in court. Domains by Proxy reserves the right to charge an administration fee to the customer by charging the Payment Method the customer has on file with Domains by Proxy.

**Fees for Subpoena Compliance**

Domains by Proxy will charge the person or entity submitting the civil subpoena for costs associated with subpoena compliance. Payment must be made within thirty (30) days from the date of receipt of the Domains by Proxy invoice. Checks should be made out to Domains by Proxy

Domains by Proxy's subpoena compliance costs are as follows:

- Research - $75.00/hour
- Federal Express - Cost as Billed
- Copies - $.25/page

**Policies Regarding E-mail**

Domains by Proxy will not produce the content of e-mail, as the Electronic

Communications Privacy Act, 18 U.S.C. §2701 et seq., prohibits an electronic communications service provider from producing the contents of electronic communications, even pursuant to subpoena or court order, except in limited circumstances. Domains by Proxy 's e-mail servers do not retain deleted or sent e-mail. However, deleted e-mail may be recoverable from back-up servers for a period of up to thirty (30) days.

Domains by Proxy reserves the right to request a copy of the complaint and any supporting documentation that demonstrates how the Domains by Proxy e-mail address is related to the pending litigation and the underlying subpoena.

Revised: 8/25/05
Copyright © 2005 All Rights Reserved.

## DOMAINS BY PROXY
## DOMAINS BY PROXY CRIMINAL SUBPOENA POLICY

Domains by Proxy 's Privacy Policy prohibits the release of customer or account information without express permission from the customer, except when required by law, to conform to the edicts of the law, or to comply with legal process properly served on Domains by Proxy or one of its affiliates.

If you seek the identity or account information of a Domains by Proxy customer in connection with a criminal matter, and you are a member of the law enforcement community, you must fax, mail, or serve Domains by Proxy with a valid subpoena.

**Submission of Subpoenas**

Domains by Proxy is headquartered in Scottsdale, Arizona and all civil subpoenas should be served at that location or mailed to:

Compliance Department
Domains by Proxy
15111 N. Hayden Road
Suite 160
PMB 353
Scottsdale, Arizona
85260

Alternatively, the criminal subpoena can be faxed to:

480.624.2546
Attn: Compliance Department
Notice to Customer and Response Time

p] Domains by Proxy will not produce the content of e-mail, as the Electronic Communications Privacy Act, 18 U.S.C. §2701 et seq., prohibits an electronic communications service provider from producing the contents of electronic communications, even pursuant to subpoena or court order, except in limited circumstances. Domains by Proxy 's e-mail servers do not retain deleted or sent e-mail. However, deleted e-mail may be recoverable from back-up servers for a period of up to thirty (30) days.

Domains by Proxy reserves the right to request a copy of the complaint and any supporting

documentation that demonstrates how the Domains by Proxy e-mail address is related to the pending investigation and the underlying subpoena.

Revised: 8/25/05
Copyright © 2005 All Rights Reserved.