**2007 FOR PROFIT CORPORATION ANNUAL REPORT**

**FILED Feb 05, 2007 8:00 am Secretary of State**
02-05-2007 90092 036 ***150.00

DOCUMENT # P03000036143

1. Entity Name
IMARKETING CONSULTANTS, INC.

| Principal Place of Business | Mailing Address |
|---|---|
| 1200 NW 17TH AVENUE SUITE 1 DELRAY BEACH, FL 33445 | 1200 NW 17TH AVENUE SUITE 1 DELRAY BEACH, FL 33445 |

2. Principal Place of Business - No P.O. Box #
3. Mailing Address

01132007   Chg-P   CR2E034 (12/06)

4. FEI Number: 04-3749501   [ ] Applied For   [ ] Not Applicable
5. Certificate of Status Desired [ ]   $8.75 Additional Fee Required

6. Name and Address of Current Registered Agent
ROBERT D. CLOUSE
94 CITRUS PARK LANE
BOYNTON BEACH, FL 33436

7. Name and Address of New Registered Agent
Name:
Street Address (P.O. Box Number is Not Acceptable):
City:   FL   Zip Code:

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE_____   DATE

FILE NOW!!! FEE IS $150.00
After May 1, 2007 Fee will be $550.00

9. Election Campaign Financing Trust Fund Contribution. [ ]   $5.00 May Be Added to Fees

| 10. OFFICERS AND DIRECTORS | | 11. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | | |
|---|---|---|---|---|
| TITLE: PTD  NAME: CLOUSE, ROBERT D  STREET ADDRESS: 1200 NW 17TH AVENUE, SUITE 1  CITY-ST-ZIP: DELRAY BEACH, FL 33445 | [ ] Delete | TITLE: NAME: STREET ADDRESS: CITY-ST-ZIP: | [ ] Change | [ ] Addition |
| TITLE: SV  NAME: SLOAT, MICHELLE L  STREET ADDRESS: 1200 NW 17TH AVENUE, SUITE 1  CITY-ST-ZIP: DELRAY BEACH, FL 33445 | [ ] Delete | TITLE: NAME: STREET ADDRESS: CITY-ST-ZIP: | [ ] Change | [ ] Addition |
| TITLE: NAME: STREET ADDRESS: CITY-ST-ZIP: | [ ] Delete | TITLE: NAME: STREET ADDRESS: CITY-ST-ZIP: | [ ] Change | [ ] Addition |
| TITLE: NAME: STREET ADDRESS: CITY-ST-ZIP: | [ ] Delete | TITLE: NAME: STREET ADDRESS: CITY-ST-ZIP: | [ ] Change | [ ] Addition |
| TITLE: NAME: STREET ADDRESS: CITY-ST-ZIP: | [ ] Delete | TITLE: NAME: STREET ADDRESS: CITY-ST-ZIP: | [ ] Change | [ ] Addition |
| TITLE: NAME: STREET ADDRESS: CITY-ST-ZIP: | [ ] Delete | TITLE: NAME: STREET ADDRESS: CITY-ST-ZIP: | [ ] Change | [ ] Addition |

12. I hereby certify that the information supplied with this filing does not qualify for the exemptions contained in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _Michelle R. Clouse_   1/30/07   561-265-0711 x11



# Marketing Consultants

*At the end of the day, it's all about the results!*

privacy :: terms & conditions :: Europe/safe-harbor

about us | services | online tracking | contact us

**contact us**

iMarketing Consultants Corporate Info:
1300 NW 17th Ave.
Suite 218
Delray Beach, FL 33445

Contact Phone: 561-265-0711
Fax: 561-423-2256
Email: Marketing@imarketingconsult.com

**Please fill out this form so we can direct your inquiry to the appropriate person. Thank you.**

| | | | |
|---|---|---|---|
| First Name: | | Last Name: | |
| Title: | | Company: | |
| Website: | | Email: | |
| Phone: | | Fax: | |
| Address: | | City: | |
| State/Province: | | Zip/Postal Code: | |
| Is there an associated Request for Proposal (RFP)? | | | |

Comments:

Send | Reset

Copyright © 2006 iMarketing Consultants, Inc. All rights reserved.



**1. Copy Approval**

Advertiser must deliver to IMarketing Consultants, Inc. ("IMarketing Consultants Consultants") the content of the advertisement Advertiser is contracting IMarketing Consultants to broadcast (the "Copy") no less than three (3) days prior to the desired email broadcast date. All Copy shall be subject to IMarketing Consultants' approval. IMarketing Consultants reserves the right to reject any Copy that advertises or promotes any product or service involving illegal activity, illegal products, illegal product paraphernalia, sexual paraphernalia, adult films or other media, weapons, illicit activities, chain letters, pyramid fund raising, or similar types of material. By reserving this right, IMarketing Consultants shall not be legally obligated for any failure to advise Advertiser of the nature of any such Copy.

**2. Details of Broadcast**

The email messages broadcast by IMarketing Consultants shall identify the source of the recipient's data collection and shall contain an opt-out feature that allows the recipient to electronically communicate his desire to be removed from the IMarketing Consultants (or affiliate) database.

**3. Hardware, Software and Database**

IMarketing Consultants shall obtain and maintain the computer hardware and software necessary to perform its obligations under these Terms and Conditions. Such hardware and software shall not be dedicated hardware or software. Nothing in these Terms and Conditions shall grant any right, title or interest in or to the IMarketing Consultants (or affiliate) database, hardware or software.

**4. Payment**

Advertiser shall pay in full the fees charged by IMarketing Consultants on the invoice by the date due.

      a. If advertiser is doing an email campaign, payment is due before the broadcast.
      b. If advertiser is using iMarketing Consultants for HTML creative design, payment is due before any work is done.
      c. Terms must be approved by Management and is subject to credit check.

iMarketing Consultants does not offer refund of any type (see **LIMITATION OF LIABILITY**). If Advertiser fails to pay the full amount of the charges detailed in any IMarketing Consultants invoice within thirty (30) days of such invoice, the unpaid amounts of such invoice shall accrue interest at a rate of 18% per annum. Additionally, Advertiser agrees to pay all of IMarketing Consultantss' cost of collection of such charges, including without limitation IMarketing Consultants' reasonable attorneys' fees if applicable.

**5. Late Fees**

In addition to the terms described in Section 4, if Advertiser fails to pay the full amount of the charges detailed in any IMarketing Consultants invoice within thirty (30) days of such invoice, Advertiser shall pay IMarketing Consultants a Late Fee in the amount of 5% of the charges detailed in such IMarketing Consultants invoice.

**6. LIMITATION OF LIABILITY**

IMARKETING CONSULTANTS CAN NOT GUARENTEE RESULTS. IN NO EVENT SHALL IMARKETING CONSULTANTS BE LIABLE FOR INDIRECT, SPECIAL, EXEMPLARY, CONSEQUENTIAL, INCIDENTAL OR PUNITIVE LOSS, DAMAGE OR EXPENSE (INCLUDING LOST PROFITS). THE LIMIT OF IMARKETING CONSULTANTS'S LIABILITY (WHETHER IN CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY IN TORT OR BY STATUTE OR OTHERWISE) FOR ANY AND ALL CLAIMS RELATED TO THESE TERMS AND CONDITIONS SHALL NOT IN THE AGGREGATE EXCEED THE FEES PAID TO IMARKETING CONSULTANTS UNDER THE INVOICE.

**7. Indemnification**

Advertiser shall indemnify, defend and hold harmless IMarketing Consultants against all third party claims, actions and liabilities (including all reasonable costs, expenses and attorneys' fees) arising from or in connection with (a) Advertiser's product(s), services or the content of the Advertiser's copy, including without limitation any claim alleging any violation of any third party's intellectual property rights; or (b) Advertiser's breach of any of its obligations, representations or warranties under these Terms and Conditions. IMarketing Consultants shall promptly notify Advertiser in writing of all such claims and shall accommodate Advertiser's reasonable requests for cooperation and information.

**8. WARRANTIES**

IMARKETING CONSULTANTS MAKES NO WARRANTY WHATSOEVER AS TO THE EMAIL ADVERTISEMENTS, EXPRESS OR IMPLIED. THIRD PARTIES PROVIDE THE EMAIL ADVERTISEMENTS ON AN "AS IS" BASIS. IMARKETING CONSULTANTS EXPRESSLY DISCLAIMS ANY WARRANTIES THAT COULD BE IMPLIED IN CONTRACT, IN LAW OR IN EQUITY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUALITY, ACCURACY, COMPLETENESS, RELIABILITY OR PERFORMANCE OR ARISING FROM USAGE OF TRADE, COURSE OF DEALING OR COURSE OF PERFORMANCE.

**9. Force Majeure**

Neither party shall be liable for delays or nonperformance of these Terms and Conditions caused by strike, fire or accidents, nor shall either party be liable for delay or nonperformance caused by lack of availability of materials, fuel or utilities or for any other cause beyond its control.

**10. Assignment**

Neither party may assign its rights or obligations under these Terms and Conditions without the prior written consent of the other party.

**11. Relationship of the Parties**

The parties are independent contracting entities, and there is no partnership or agency relationship between them.

**12. Entire Agreement**

Except as expressly modified or supplemented by a writing executed by both parties, the Terms and Conditions described herein and in the invoice specifically incorporating these Terms and Conditions are the only representations, warranties, and understandings between the parties with respect to the products and/or services described herein. In the event of any conflict between these Terms and Conditions and any other document (including, without limitation, the Invoice and any Advertiser invoice, insertion order, or purchase order), the provisions of these Terms and Conditions shall govern. The waiver of any right, breach, or default shall not constitute a waiver of any other right or of any subsequent breach or default.

**13. Disputes**

Each party hereby waives any right to a trial by jury in the event of any controversy or claim relating to these Terms and Conditions. The law of the State of Florida shall apply to any resulting claim or action, and the exclusive jurisdiction and venue for any proceeding brought pursuant to these Terms and Conditions shall be Palm Beach County, Florida.

**14. Severability**

Should any provisions of these Terms and Conditions be found invalid or unenforceable, all such provisions are to be enforced to the maximum extent permitted by law, and beyond such extent shall be deemed severed from these Terms and Conditions without affecting the validity or enforceability of any other provision

**15. Headings**

The headings of these Terms and Conditions are for convenience only and shall not be used to construe the meaning of this Agreement.

Copyright © 2006 iMarketing Consultants, Inc. All rights reserved.



**IP Information for 65.240.228.67**

**IP Location:** United States Delray Beach Imarketing Consultants
**Resolve Host:** mx03.ultra-mx.com
**IP Address:** 65.240.228.67  [W] [R] [P] [D] [T]
**Blacklist Status:** Clear

## Whois Record

```
OrgName:    MCI Communications Services, Inc. d/b/a Verizon Business
OrgID:      MCICS
Address:    22001 Loudoun County Pkwy
City:       Ashburn
StateProv:  VA
PostalCode: 20147
Country:    US

NetRange:   65.240.0.0 - 65.253.255.255
CIDR:       65.240.0.0/13, 65.248.0.0/14, 65.252.0.0/15
NetName:    UUNET65-2
NetHandle:  NET-65-240-0-0-1
Parent:     NET-65-0-0-0-0
NetType:    Direct Allocation
NameServer: AUTH03.NS.UU.NET
NameServer: AUTH00.NS.UU.NET
Comment:    ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:    2002-02-13
Updated:    2006-12-14

RTechHandle: OA12-ARIN
RTechName:   UUnet Technologies, Inc., Technologies
RTechPhone:  +1-800-900-0241
RTechEmail:  help4u@verizonbusiness.com

OrgAbuseHandle: ABUSE3-ARIN
OrgAbuseName:   abuse
OrgAbusePhone:  +1-800-900-0241
OrgAbuseEmail:  abuse-mail@verizonbusiness.com

OrgNOCHandle: OA12-ARIN
OrgNOCName:   UUnet Technologies, Inc., Technologies
OrgNOCPhone:  +1-800-900-0241
OrgNOCEmail:  help4u@verizonbusiness.com

OrgTechHandle: SWIPP-ARIN
OrgTechName:   swipper
OrgTechPhone:  +1-800-900-0241
OrgTechEmail:  swipper@verizonbusiness.com
```

```
CustName:       IMarketing Consultants
Address:        1300 NW 17th Ave Ste 218
City:           Delray Beach
StateProv:      FL
PostalCode:     33445
Country:        US
RegDate:        2006-02-27
Updated:        2006-02-27

NetRange:       65.240.228.64 - 65.240.228.127
CIDR:           65.240.228.64/26
NetName:        UU-65-240-228-64
NetHandle:      NET-65-240-228-64-1
Parent:         NET-65-240-0-0-1
NetType:        Reassigned
Comment:        Addresses within this block are non-portable.
RegDate:        2006-02-27
Updated:        2006-02-27

RTechHandle: OA12-ARIN
RTechName:   UUnet Technologies, Inc., Technologies
RTechPhone:  +1-800-900-0241
RTechEmail:  help4@verizonbusiness.com

OrgAbuseHandle: ABUSE3-ARIN
OrgAbuseName:   abuse
OrgAbusePhone:  +1-800-900-0241
OrgAbuseEmail:  abuse-mail@verizonbusiness.com

OrgNOCHandle: OA12-ARIN
OrgNOCName:   UUnet Technologies, Inc., Technologies
OrgNOCPhone:  +1-800-900-0241
OrgNOCEmail:  help4@verizonbusiness.com

OrgTechHandle: SWIPP-ARIN
OrgTechName:   swipper
OrgTechPhone:  +1-800-900-0241
OrgTechEmail:  swipper@verizonbusiness.com
```