**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS INTERNET SERVICES**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES, a California corporation,** | **Case No.  C-07-5357 CW** |
| **Plaintiff,** | **STIPULATION OF DISMISSAL WITH PREJUDICE and (proposed) ORDER** |
| **vs.** | |
| **IMARKETING CONSULTANTS, INC., dba ULTRA-MX.COM, also dba SPEED NETWORK, also dba SPEED-MX.COM, and DOES ONE through FIFTY, inclusive,** | |
| **Defendants.** | |

Plaintiff ASIS INTERNET SERVICES and Defendants IMARKETING CONSULTANTS, INC. (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.      The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear its own attorney fees and costs.

///
///
///
///
///

2.   Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated:      June 18, 2008            /s/ Jason K. Singleton
                                                Jason K. Singleton
                                                Richard E. Grabowski
                                                Attorneys for Plaintiff, **ASIS INTERNET SERVICES**

**RANKIN, SPROAT, MIRES, BEATY & REYNOLDS**

Dated:      June 12, 2008            /s/ Jennifer K. Letulle
                                                Jennifer K. Letulle, Attorney for Defendants
                                                **IMARKETING CONSULTANTS, INC.**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.   The action <u>ASIS vs IMARKETING CONSULTANTS, et al.</u>, Case Number C-07-5357 CW, is dismissed with prejudice with each party to bear its own attorneys fees and costs.

Dated: _____            _____
                                                            CLAUDIA WILKIN
                                                            UNITED STATES DISTRICT JUDGE