**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

Attorneys for Plaintiff, ASIS INTERNET SERVICES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES**, a California corporation,<br><br>            Plaintiff,<br>vs.<br><br>**IMARKETING CONSULTANTS, INC.**, dba ULTRA-MX.COM, also dba SPEED NETWORK, also dba SPEED-MX.COM, and DOES ONE through FIFTY, inclusive,<br><br>            Defendants. | Case No.  C-07-5357 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE and ~~(proposed)~~ ORDER** |

Plaintiff ASIS INTERNET SERVICES and Defendants IMARKETING CONSULTANTS, INC. (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.     The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear its own attorney fees and costs.

///
///
///
///
///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: June 18, 2008        /s/ Jason K. Singleton
                            Jason K. Singleton
                            Richard E. Grabowski
                            Attorneys for Plaintiff, **ASIS INTERNET SERVICES**

**RANKIN, SPROAT, MIRES, BEATY & REYNOLDS**

Dated: June 12, 2008        /s/ Jennifer K. Letulle
                            Jennifer K. Letulle, Attorney for Defendants
                            **IMARKETING CONSULTANTS, INC.**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ASIS vs IMARKETING CONSULTANTS, et al.</u>, Case Number C-07-5357 CW, is dismissed with prejudice with each party to bear its own attorneys fees and costs.

Dated: 6/25/08        _____
                     CLAUDIA WILKIN
                     UNITED STATES DISTRICT JUDGE